JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JERRY ALBERT CHAVEZ,

       Petitioner,

       v.

FERNANDO GONZALEZ, Warden,

       Respondent.

Case No.   CV 09-7031-GHK (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _____ 6/16/10 _____

George H. King
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY